# COMPLAINT
(for non-prisoner filers without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT W:
FILED
2018 SEP -7 A 10: 57
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Gloria Marigny

v.

(Full name of defendant(s))

Centene - MHS Wisconsin

Case Number:

**18-C-1386**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __3624 N 92nd__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Centene - MHS Wisconsin__
   (Name)
   is (if a person or private corporation) a citizen of __United States__

and (if a person) resides at ___WISCONSIN___ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Centene - MHS Wisconsin, 10700 W. Research Drive Milwaukee, WI 53226___ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Karen Lusher, Belinda Grojek, Michele Schroeder, Deb Anderson, Karen, Kathy Lijewski, Nonetta Davis, Lori, Mr. Perez Other Management Official, Markela Reed (Trainers, Trainer). Karen L. Terminated Employment, falsely Accused of events that did not take place. Decline to train or provide orientation as of other co-workers and facilities, Staff providing false, misleading information intentionally, Decline to provide material and tools to perform job duties. No Policy Procedures given, Software. Little to No Preceptor. Attempt Coerce into Signing Documents of events that did not take place.

Rights Violated, due to age, Race, Discrimination, HARASSMENT Retailiation. etc, Receiving telephone Calls making Derogatory Statements and Name calling at work. Management listening to phone calls with clients. etc. Derogatory Statement made toward me during meetings with management, Staff, presence, Trainer Karen. (will provide last name). Adverse Actions takened OCtober 23, 2017 began.

C. **JURISDICTION**

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

~~I am Seeking~~ Would like for Centene to pay for the Adverse Actions toward me, Loss of income wages Punitive damages, Attorney fees, Negative effect the Retailiation has on my Career, which has affected to finding work Now and the future. Earned hours Revoked 32 while employeed their. Pain and suffering (mental Anguish, embarrassment) Wrongful termination Age Discrimination, ~~Petition Amount Wrongful Term~~ Age Discrimination, $60,000 - 75,000 Settlement Amount Retailiation

/s/ J. Maniry

E. JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES        ☐ – NO

   I declare under penalty of perjury that the foregoing is true and correct.

   Complaint signed this __7th__ day of __September__ 20_18_.

   Respectfully Submitted,

   _Gloria Marigny_
   Signature of Plaintiff

   __9016335218__
   Plaintiff's Telephone Number

   __Gloria.Marigny@yahoo.com__
   Plaintiff's Email Address

   __3624 N. 92__

   __Milwaukee, Wisconsin 53222__
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.